K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff,<br><br>      vs.<br><br>BLACKHORSE, LLC, et al.,<br><br>            Defendants. | No. 1:12-CV-00959-LJO-MJS<br><br>**STIPULATION FOR DISMISSAL OF DALJIT SINGH DBA LIQUOR MAX ONLY;  ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant Daljit Singh dba Liquor Max ("Defendant"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), ONLY Defendant Daljit Singh dba Liquor Max is hereby dismissed from this action with prejudice.

Date: August 27, 2012                              MOORE LAW FIRM, P.C.


                                                                /s/Tanya E. Moore
                                                                Tanya E. Moore
                                                                Attorney for Plaintiff Ronald Moore

///

*Moore v. Blackhorse, LLC, et al.*
Stipulation for Dismissal of Daljit Singh dba Liquor Max ONLY; [Proposed] Order

Page 1

Date: August 23, 2012 /s/ Bruce Neilson
Bruce Neilson
Attorney for Defendant Daljit Singh dba Liquor Max

## **ORDER**

The parties having so stipulated,

Defendant Daljit Singh dba Liquor Max is the ONLY defendant that is hereby dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated: **August 27, 2012**          /s/ Lawrence J. O'Neill

*Moore v. Blackhorse, LLC, et al.*
Stipulation for Dismissal of Daljit Singh dba Liquor Max ONLY; [Proposed] Order

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT JUDGE |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

*Moore v. Blackhorse, LLC, et al.*
Stipulation for Dismissal of Daljit Singh dba Liquor Max ONLY; [Proposed] Order