K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RONALD MOORE,                                    ) No.  1:12-CV-00959-LJO-MJS
                                                 )
                   Plaintiff,                    )
                                                 ) **STIPULATION FOR DISMISSAL OF**
         vs.                                     ) **DALJIT SINGH DBA LIQUOR MAX**
                                                 ) **ONLY;  ORDER**
                                                 )
BLACKHORSE, LLC, et al.,                         )
                                                 )
                                                 )
                   Defendants.                   )
                                                 )
_____ )

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant

Daljit Singh dba Liquor Max ("Defendant"), the parties to this action, by and through their

respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), ONLY

Defendant Daljit Singh dba Liquor Max is hereby dismissed from this action with prejudice.

Date: August 27, 2012                            MOORE LAW FIRM, P.C.



                                                 /s/Tanya E. Moore_____
                                                 Tanya E. Moore
                                                 Attorney for Plaintiff Ronald Moore

///

*Moore v. Blackhorse, LLC, et al.*
Stipulation for Dismissal of Daljit Singh dba Liquor Max ONLY; [Proposed] Order
Page 1

Date: August 23, 2012                    /s/ Bruce Neilson
                                         Bruce Neilson
                                         Attorney for Defendant Daljit Singh dba
                                         Liquor Max


## ORDER


   The parties having so stipulated,

   Defendant Daljit Singh dba Liquor Max is the ONLY defendant that is

hereby dismissed from this action with prejudice.


IT IS SO ORDERED.

   Dated:   **August 27, 2012**              **/s/ Lawrence J. O'Neill**


*Moore v. Blackhorse, LLC, et al.*
Stipulation for Dismissal of Daljit Singh dba Liquor Max ONLY; [Proposed] Order
Page 2

UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Moore v. Blackhorse, LLC, et al.*
Stipulation for Dismissal of Daljit Singh dba Liquor Max ONLY; [Proposed] Order
Page 3