1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Ronald Moore

7

8                **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10

11 RONALD MOORE,                    ) No. 1:12-CV-00959-LJO-MJS
                                    )
12        Plaintiff,                ) **STIPULATION FOR DISMISSAL OF**
                                    ) **DEFENDANT MIGUEL LOPEZ CORTEZ**
13     vs.                          ) **DBA ARSENIO'S MEXICAN FOOD**
                                    ) **ONLY; ORDER**
14 BLACKHORSE, LLC, et al.,         )
                                    )
15        Defendants.               )
                                    )
16                                  )
                                    )
17 _____ )

18     IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant

19 Miguel Lopez Cortez dba Arsenio's Mexican Food ("Defendant"), the parties to this action, by

20 and through their respective counsel, that pursuant to Federal Rule of Civil Procedure

21 41(a)(1)(A)(ii), <u>only</u> Defendant Miguel Lopez Cortez dba Arsenio's Mexican Food is dismissed

22 with prejudice from this action.

23 Date: October 30, 2012                    MOORE LAW FIRM, P.C.

24

25
                                             /s/Tanya E. Moore
26                                           Tanya E. Moore
                                             Attorney for Plaintiff Ronald Moore
27

28 ///

*Moore v. Blackhorse, LLC, et al.*
Stipulation for Dismissal of Defendant Miguel Lopez Cortez dba Arsenio's Mexican Food Only; [Proposed] Order

Page 1

Date: October 30, 2012                    SAFARIAN, CHOI & BOLSTAD, LLP

        /S/ David C. Bolstad
        David C. Bolstad
        Attorneys for Defendant Miguel Lopez Cortez
        dba Arsenio's Mexican Food

**ORDER**

    The parties having so stipulated,

    IT IS HEREBY ORDERED that <u>only</u> Defendant Miguel Lopez Cortez dba Arsenio's Mexican Food is dismissed with prejudice from this action.  The clerk is directed NOT to close this action.

IT IS SO ORDERED.

    Dated:   **October 30, 2012**                    **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE

*Moore v. Blackhorse, LLC, et al.*
Stipulation for Dismissal of Defendant Miguel Lopez Cortez dba Arsenio's Mexican Food Only; [Proposed] Order

Page 2