K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff,<br><br>       vs.<br><br>BLACKHORSE, LLC, et al.,<br><br>            Defendants. | No.  1:12-CV-00959-LJO-MJS<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT MIGUEL LOPEZ CORTEZ DBA ARSENIO'S MEXICAN FOOD ONLY; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant Miguel Lopez Cortez dba Arsenio's Mexican Food ("Defendant"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), <u>only</u> Defendant Miguel Lopez Cortez dba Arsenio's Mexican Food is dismissed with prejudice from this action.

Date: October 30, 2012                           MOORE LAW FIRM, P.C.


                                                                /s/Tanya E. Moore
                                                                Tanya E. Moore
                                                                Attorney for Plaintiff Ronald Moore

///

*Moore v. Blackhorse, LLC, et al.*
Stipulation for Dismissal of Defendant Miguel Lopez Cortez dba Arsenio's Mexican Food Only; [Proposed] Order

Page 1

1
2  Date: October 30, 2012                          SAFARIAN, CHOI & BOLSTAD, LLP
3
4                                                  /S/ David C. Bolstad
                                                   David C. Bolstad
5                                                   Attorneys for Defendant Miguel Lopez Cortez
                                                   dba Arsenio's Mexican Food
6
7
8                                          **ORDER**
9
10     The parties having so stipulated,
11     IT IS HEREBY ORDERED that only Defendant Miguel Lopez Cortez dba Arsenio's
12  Mexican Food is dismissed with prejudice from this action.  The clerk is directed NOT to close
13  this action.
14
15
16  IT IS SO ORDERED.
17
      Dated:   **October 30, 2012**              **/s/ Lawrence J. O'Neill**
18                                                UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28

*Moore v. Blackhorse, LLC, et al.*
Stipulation for Dismissal of Defendant Miguel Lopez Cortez dba Arsenio's Mexican Food Only; [Proposed] Order

Page 2