1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Ronald Moore

7  Michael P. Smith, SBN 206927
   Clay A. Schroeder, SBN 270420
8  Law Offices of Michael J. Lampe
   108 West Center Avenue
9  Visalia, California 93291
10 Telephone (559) 738-5975

11 Attorneys for Defendant Blackhorse, LLC

12

13             **UNITED STATES DISTRICT COURT**

14             **EASTERN DISTRICT OF CALIFORNIA**

15

16 RONALD MOORE,                      )  No.  1:12-CV-00959-LJO-MJS
                                      )
17           Plaintiff,               )  **STIPULATION AND  ORDER TO**
                                      )  **AMEND SCHEDULING ORDER**
18      vs.                           )
                                      )
19                                    )
                                      )
20 BLACKHORSE, LLC, et al.,           )
                                      )
21           Defendants.              )
                                      )
22                                    )
                                      )
23 _____)

24      Plaintiff Ronald Moore ("Plaintiff"), by and through his counsel of record, Tanya E.

25 Moore of Moore Law Firm, P.C., and defendant Blackhorse, LLC ("Defendant," and together

26 with Plaintiff, "the Parties"), by and through its counsel of record, Clay Schroeder of The Law

27 Offices of Michael J. Lampe, hereby stipulate as follows:

28      Whereas, the Scheduling Order issued by the court on December 21, 2012 sets a

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**
Page 1

1  deadline of February 25, 2013 for the parties to amend their pleadings;

2  Whereas, the Parties are currently engaged in settlement discussions and seek the time
3  and opportunity to fully explore settlement prior to incurring the costs necessary for Plaintiff to
4  conduct an independent inspection of the subject property and subsequently amend his
5  complaint;

6  NOW, THEREFORE, the Parties hereby stipulate as follows:

7  1.   The deadline for the Plaintiff to seek leave to amend his complaint be continued to
8  April 4, 2013;

9  2.   In the event the parties are unable to reach a settlement prior, a site inspection of the
10 subject property will be conducted by Plaintiff, accompanied by his California certified access
11 specialist, on March 22, 2013 at 10:00 a.m. of the entire exterior and common areas of the
12 subject property.  No further notice to Defendant will be required.

13 3.   The parties further stipulate that in the event Plaintiff is required to perform an
14 inspection of the property on March 22, 2013, Defendants will stipulate to granting Plaintiff
15 leave to amend his complaint to include any additional barriers discovered during such
16 inspection, such stipulation to be promptly granted upon the provision of the proposed
17 amended complaint..

18 This stipulation has no effect on any other deadlines or events set by the Scheduling
19 Order of December 21, 2012.

20  Dated: February 26, 2013                    MOORE LAW FIRM, P.C.

22                                              */s/ Tanya E. Moore*
                                                Tanya E. Moore
23                                              Attorneys for Plaintiff, Ronald Moore

25                                              LAW OFFICES OF MICHAEL J. LAMPE

27                                              */s/ Clay A. Schroeder*
                                                Clay A. Schroeder
28                                              Attorneys for Defendant, Blackhorse, LLC

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**
Page 2

**ORDER**

Good cause appearing, the parties' Stipulation is approved.

IT IS SO ORDERED.

Dated:   February 26, 2013            /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE