1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No.  1:12-CV-00959-LJO-MJS |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| BLACKHORSE, LLC, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant Blackhorse, LLC ("Defendant"), the last remaining defendant in the action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: April 5, 2013                                         MOORE LAW FIRM, P.C.


                                                            /s/Tanya E. Moore
                                                            Tanya E. Moore
                                                            Attorney for Plaintiff Ronald Moore

///

*Moore v. Blackhorse, LLC, et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 1

1  Date: April 5, 2013                           LAW OFFICES OF MICHAEL J. LAMPE
2
3                                                /s/ Michael P. Smith
                                                 Michael P. Smith
4                                                Attorneys for Defendant, Blackhorse, LLC
5
6
7                                          **ORDER**
8
9       The parties having so stipulated,
10  IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.  The
11  clerk is directed to close this action.
12
13
14
15  IT IS SO ORDERED.
16     Dated:   **April 5, 2013**                    **/s/ Lawrence J. O'Neill**
17                                                UNITED STATES DISTRICT JUDGE
18
19
20
21
22
23
24
25
26
27
28

*Moore v. Blackhorse, LLC, et al.*
Stipulation for Dismissal of Action; [Proposed] Order
                                Page 2