1

Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.

2

332 North Second Street
San Jose, California  95112

3

Telephone (408) 298-2000
Facsimile (408) 298-6046

4

Email:  tanya@moorelawfirm.com

5

Attorneys for Plaintiff
Ronald Moore

6

7

8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11

RONALD MOORE,                                   )   No.  1:12-CV-00959-LJO-MJS
                                                )
12

                    Plaintiff,                  )   **STIPULATION FOR DISMISSAL OF**
                                                )   **ACTION; ORDER**
13

        vs.                                     )
                                                )
14

BLACKHORSE, LLC, et al.,                        )
                                                )
15

                    Defendants.                 )
                                                )
16

                                                )
                                                )
17

18

    IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant

19

Blackhorse, LLC ("Defendant"), the last remaining defendant in the action, by and through

20

their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the

21

above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own

22

attorneys' fees and costs.

23

Date: April 5, 2013                         MOORE LAW FIRM, P.C.

24

25

                                            /s/Tanya E. Moore
26

                                            Tanya E. Moore
                                            Attorney for Plaintiff Ronald Moore
27

28

///

*Moore v. Blackhorse, LLC, et al.*
Stipulation for Dismissal of Action; [Proposed] Order

Page 1

1   Date: April 5, 2013                              LAW OFFICES OF MICHAEL J. LAMPE

2

3                                                    /s/ Michael P. Smith
                                                     Michael P. Smith
4                                                    Attorneys for Defendant, Blackhorse, LLC

5

6

7                                           **ORDER**

8

9         The parties having so stipulated,

10   IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.   The

11   clerk is directed to close this action.

12

13

14

15   IT IS SO ORDERED.

16      Dated:    **April 5, 2013**                        **/s/ Lawrence J. O'Neill**
17                                                    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

*Moore v. Blackhorse, LLC, et al.*
Stipulation for Dismissal of Action; [Proposed] Order